UNITED STATES DISTRICT COURT      **COPY**
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

FRANCIS FOGARTY, JR.,

       Plaintiff,           Civil Case No. 15-v-01454
                                 (GLS/DJS)

       -against-

CITY OF TROY and City of Troy Police Officers KYLE
JONES and ROBERT SMITH, both individually and/or as
agents, servants, and/or employees of the City of
Troy,

       Defendants

------------------------------------------------------------

       EXAMINATION BEFORE TRIAL of the Plaintiff,

**FRANCIS FOGARTY, JR.,** held pursuant to notice, on June

27, 2016, at 9:05 a.m. in the Kindlon Law Firm, PLLC,

74 Chapel Street, Albany, New York, before Mary Ellen

Tardiff, a Shorthand Reporter and Notary Public in and

for the State of New York.

APPEARANCES:

For the Plaintiff:
THE KINDLON LAW FIRM, PLLC
74 Chapel Street
Albany, New York 12207
BY:   GENNARO D. CALABRESE, ESQ.

For the Defendant:
BAILEY, KELLEHER & JOHNSON, PC
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
BY:   JOHN W. BAILEY, ESQ.

# S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that presence and oath of a Referee be waived;

IT IS FURTHER STIPULATED AND AGREED that the transcript be signed and that the filing of the original transcript with the Federal Court be waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved until the time of trial;

IT IS FURTHER STIPULATED AND AGREED that this deposition may be utilized for all purposes as provided by the Federal Rules of Civil Procedure;

AND FURTHER STIPULATED AND AGREED that all rights provided to all parties by the Federal Rules of Civil Procedure shall not be deemed waived and the appropriate sections of the Federal Rules of Civil Procedure shall be controlling with respect thereto.

1      **F R A N C I S    F O G A R T Y,    J R,**

2  having been first duly sworn by the Notary Public, was

3  examined and testified as follows:

4  **EXAMINATION BY MR. BAILEY:**

5      Q.    Good morning, Mr. Fogarty.

6      A.    Good morning.

7      Q.    My name is John Bailey and I'm going to

8  ask you some questions today about what's called a --

9  I think we're at the Notice of Claim or -- it's

10  actually in suit.

11          MR. CALABRESE:  Yes.

12      Q.    Okay.  So a case actually in suit and I'm

13  representing the City of Troy.  Now, if you don't

14  understand a question I ask you, just tell me and I'll

15  try to rephrase it so that you do.  It's important

16  that you understand the questions I'm asking you.  Do

17  you understand that?

18      A.    Yes.

19      Q.    So if you answer I'm going to assume you

20  did understand my question.  Fair enough?

21      A.    Yes.

22      Q.    Also I'm probably going to ask you some

23  fairly personal questions.  I'm not doing it to

1  embarrass you or upset you.  But it's information I

2  think I need to have in order to evaluate your case.

3  Do you understand that?

4       A.    Yes.

5       Q.    Okay.  So for the record, tell me your

6  name.

7       A.    Francis Anthony Fogarty, Jr.

8       Q.    And where do you live, Mr. Fogarty?

9       A.    ███████████████████

10      Q.    And where is that?

11      A.    ████████████████

12      Q.    ███████████████████    And for how long have

13  you lived there?

14      A.    About six months.

15      Q.    Whom do you live there with?

16      A.    My fiancee.

17      Q.    And what is her name?

18      A.    Stephanie.

19      Q.    And what's her last name?

20      A.    Mosca, M-O-S-C-A.

21      Q.    What is your date of birth?

22      A.    ████████████████

23      Q.    Do you have any children?

```
 1      A.    Yes.
 2      Q.    And could I have their names and ages,
 3 please?
 4      A.    ████████████████████████████████████
 5 ████████████████████
 6      Q.    Now your four children, are they children
 7 by Stephanie or by another woman?
 8      A.    By another woman.
 9      Q.    The same woman?
10      A.    Yes.
11      Q.    All right.  And was her name?
12      A.    Sarah.
13      Q.    S-A-R-A?
14      A.    H.
15      Q.    Okay.  And does she still maintain the
16 name Fogarty or does she go by another last name?
17      A.    It's Gamash.  G-A-M-A-S-H, I believe.
18      Q.    Okay.  All right.  And were you and Sarah
19 married?
20      A.    Yes.
21      Q.    Do you recall the date that you were
22 married?
23      A.    February 14, 2009.
```

1      Q.    Okay.  And your four children, do they

2  live with you, with Sarah, or back and forth a little

3  bit?

4      A.    With Sarah.

5      Q.    With Sarah.  Where does Sarah currently

6  live?

7      A.

8      Q.    And I assume you're divorced?

9      A.    Yes.

10      Q.    And when were you divorced?

11      A.    About a year ago.

12      Q.    Okay.  Now, I'm going to try to question

13  you in subject matter so it will make a little more

14  sense.  The first thing I'd like to know about you is

15  your educational background.  Did you go to high

16  school?

17      A.    Yes.

18      Q.    Where?

19      A.    Cohoes High.

20      Q.    Did you graduate?

21      A.    No.

22      Q.    How far did you go?

23      A.    10th grade.

```
 1        Q.    Okay.  Have you obtained a GED degree or
 2   any other education, formal education beyond that?
 3        A.    GED.
 4        Q.    When did you get your GED?
 5        A.    2004.
 6        Q.    Okay.  And after you obtained the GED did
 7   you go on and study anything further, any kind of
 8   trade or any kind of studies at all?
 9        A.    No.
10        Q.    All right.  Let's switch gears now to
11   career.  Since you left high school, and I appreciate
12   it's been a few years, I don't want to know, you know,
13   any part time job that you had for a few weeks.  But
14   can you tell me just generally how you made a living?
15        A.    I worked.
16        Q.    Okay.  And what's the nature of your
17   employment?
18        A.    I went from moving to electricity.
19        Q.    All right.  So you were involved in the
20   moving business?
21        A.    Yes.
22        Q.    As a laborer or --
23        A.    Yeah, laborer.
```

1      Q.    And what company did you work for?

2      A.    Ashline.

3      Q.    Where are they located?

4      A.    Watervliet.

5      Q.    For how long did you work for Ashline?

6      A.    About ten years on and off.

7      Q.    Did you work for any other moving

8 companies?

9      A.    No.

10     Q.    Now, you mentioned after moving you became

11 involved in the electricity field.  Are you an

12 electrician?

13     A.    Apprentice.

14     Q.    You're currently an apprentice?

15     A.    Yes.

16     Q.    Do you work out of a union or union hall?

17     A.    It's non-union.

18     Q.    Where do you work as an electrician?

19     A.    A.E. Rosen Electric.

20     Q.    Where are they located?

21     A.    Albany.

22     Q.    How long have you worked there?

23     A.    About two and a half years.

1      Q.     And how far along in your apprenticeship

2   are you?

3      A.     I just started.

4      Q.     Okay.  You've been there about two and a

5   half years?

6      A.     Yes, I worked in the warehouse.

7      Q.     So you've worked as a laborer and then

8   during the course of that you thought you might like

9   to become an electrician so you got involved in the

10  apprentice program?

11     A.     Yes.

12     Q.     For how long is the apprentice program?

13     A.     It can go from three to five years.

14     Q.     You're just sort of getting going on that,

15  is that correct?

16     A.     Yes.

17     Q.     Any other major jobs, meaning jobs that

18  you had for a year or more, from the time you left

19  high school?

20     A.     I worked for another electrical company.

21     Q.     Who was that?

22     A.     Kasselman.

23     Q.     Kasselman?

1     A.    Yeah, with a K.

2     Q.    And where are they located?

3     A.    Albany.

4     Q.    Do you know the address in Albany?

5     A.    It's Madison Avenue.  I do not.

6     Q.    Okay.  Is that a fairly small shop,

7 Kasselman?

8     A.    They're kind of big.

9     Q.    Okay.  All right.  And how about A.E.

10 Rosen?

11    A.    They're pretty big.

12    Q.    And they're located here in Albany?

13    A.    Yes.

14    Q.    Do you know what street they're on?

15    A.    They are 883 Broadway.

16    Q.    And just so I understand, why did you

17 leave Ashline Moving?

18    A.    They were going out of business.  Work was

19 slow.

20    Q.    And how about Kasselman?  Why did you

21 leave?

22    A.    They were doing layoffs.  I got laid off.

23    Q.    All right.  The next topic I wanted to ask

1    you some questions about is your health history.

2    Okay.  Currently do you have a heath care provider?

3        A.    Yes.

4        Q.    Is that provided through your employer?

5        A.    No.

6        Q.    Who provides you with your health

7    coverage?

8        A.    Oh, yes.  It is through my employer.  Sorry

9    about that.

10        Q.    So A.E. Rosen --

11        A.    Yes.

12        Q.    -- provides you with coverage?  And do you

13    know who your HMO is?  Is it Blue Cross/Blue Shield?

14    CDPHP?  I know there's a few of them.

15        A.    I can't recall the name of it.

16        Q.    Okay.  All right.  Now just in a very

17    general way, how would you describe your health let's

18    say from the time you were in high school to the

19    present?

20        A.    Pretty good.

21        Q.    Okay.  Have you had major health problems,

22    problems that required treatment by a specialist or

23    hospitalization?

1      A.    No.

2      Q.    I assume you've had, like everyone else

3  you've had a bout or two of the flu and things of that

4  type?

5      A.    Yeah.

6      Q.    Okay. But no major injuries? In other

7  words, you've never broken a bone that required it to

8  be either set or fixed or treated, anything of that

9  type?

10     A.    No.

11     Q.    Have you been injured in any type of

12 accident?

13     A.    No.

14     Q.    Do you suffer from any medical conditions

15 for which you need to be treated by a specialist?

16     A.    No.

17     Q.    Are you on any medication of any type?

18     A.    Yes.

19     Q.    What type of medication are you on?

20     A.    I'm on Prozac.

21     Q.    Anything else?

22     A.    Wellbutrin.

23     Q.    Wellbutrin. Okay.

1      A.     And Risperdal.

2      Q.     Can you take a stab at spelling that?

3      A.     I have no idea.

4      Q.     All right.  If we do it phonetic it's

5   wispherdol?

6                     THE REPORTER:  I'll find it.

7      Q.     And who prescribed those medications for

8   you?

9      A.     My med doctor.

10     Q.     All right.  And who, your primary care

11  doctor you're saying?

12     A.     Yeah.

13     Q.     And who is that?

14     A.     It's Fran.  I just know her by Fran.  That's

15  at Vitally.  (Phonetic.)

16     Q.     Can you try to spell that late?

17     A.     V-I-T-I-L-Y, maybe.

18     Q.     And is Fran a man or woman?

19     A.     Woman.

20     Q.     Where is her medical practice?

21     A.     Clifton Park.

22     Q.     Do you know where in Clifton Park?

23     A.     It's off Route 9.

1      Q.    Is it her practice under her name or does

2  it go under Clifton Park --

3      A.    No, it's under Vitally.

4      Q.    Okay.  Now, has she been your primary care

5  doctor for sometime?

6      A.    No, I just started seeing her.

7      Q.    Before Dr. Vitally who was your primary

8  care doctor?

9      A.    No, Vitally is the place I go to.  I don't

10  recall Fran's last name.

11      Q.    Okay.  So you don't know her last name?

12      A.    No.

13      Q.    All right.  So it's Vitally Medical Group

14  or something like that?

15      A.    Yes.

16      Q.    And Fran, is she a doctor or nurse

17  practitioner, do you know?

18      A.    No, she's a psych doctor.

19      Q.    Okay.  Do you have a primary care doctor?

20      A.    Yes.

21      Q.    Just somebody that you go to if you don't

22  feel well?

23      A.    Yes.

1    Q.    Who is that?

2    A.    Kathleen.  That's Cohoes Family Care.

3    Q.    And do you know Kathleen's last name?

4    A.    I do not.

5    Q.    Is she a doctor?

6    A.    She's a nurse practitioner.

7    Q.    Okay.  So we have Fran and the Vitally

8    group who treats you and Kathleen who's a nurse

9    practitioner in Cohoes Family Care, is that correct?

10    A.    Yes.

11    Q.    Are you seeing or have you seen any other

12    doctors or physicians in a the past five years?

13    A.    No.

14    Q.    All right.  I want to take you back to

15    December the 23rd, 2012, and that's the date that it's

16    alleged this incident occurred.  Do you recall that?

17    A.    Yes.

18    Q.    All right.  Do you remember was it that

19    day?  Was it December 23rd, 2012?

20    A.    Yes.

21    Q.    Have you reviewed any documents or seen

22    any pictures or photographs to help you prepare for

23    your testimony here today?

1        A.    I don't recall, no.

2        Q.    Okay.  About what time of the day or the

3   evening on December 23rd, 2012, did this I'm going to

4   call it incident occur?

5        A.    About between 1:00 and 2:00 a.m.

6        Q.    All right.  So it had slipped over from

7   the 22nd to the 23rd?

8        A.    Yes.

9        Q.    So is it fair to for me to assume you were

10  out on the night of the 22nd and then sometime after

11  midnight in the earlier morning hours of the 23rd is

12  when this incident happened?

13       A.    Yes.

14       Q.    Now, just generally where were you when,

15  and I know this was an event that unfolded over a

16  little period of time, but where did this incident

17  start, if I could ask you that?

18       A.    It started on Broadway in Troy.

19       Q.    And were you at a specific location on

20  Broadway?

21       A.    I was at Bootleggers.

22       Q.    And that's a bar and restaurant?

23       A.    Yes.

1       Q.    About what time did you get to

2 Bootleggers, if you know, in the early morning hours

3 of the 24th, or 23rd or on the 22nd?

4       A.    I don't recall. It was the 22nd.

5       Q.    So you were there before midnight?

6       A.    Yes.

7       Q.    Now, were you there with friends?

8       A.    Yes.

9       Q.    All right. Can you name the friend you

10 were with?

11       A.    I was with my cousin, Danielle.

12       Q.    Danielle, and what's Danielle's last name?

13       A.    Baldwin.

14       Q.    Baldwin?

15       A.    And a couple of her friends. I don't recall

16 their names.

17       Q.    Two or three friends? Do you remember how

18 many?

19       A.    About three or four.

20       Q.    Three or four friends. And you just don't

21 either know or remember their names as you sit here

22 today?

23       A.    I do not.

1     Q.    Where does Danielle Baldwin live?

2     A.    She lives in Clifton Park.

3     Q.    And she's your cousin?

4     A.    Yes.

5     Q.    Now, were you there with your wife?

6     A.    No.

7     Q.    And was this a prearranged meeting?  In

8 other words, did you and your cousin, Danielle, talk

9 and say, hey, let's meet at Bootleggers tonight, or

10 how did it come about that you connected up with her?

11     A.    I went there by myself and she was there.

12     Q.    Okay.  So you just bumped into her when

13 you went to Bootleggers?

14     A.    Correct.

15     Q.    I may have asked you this and if I have, I

16 apologize.  About what time do you think you got to

17 Bootleggers on the night of the 22nd?

18     A.    I don't recall.

19     Q.    But it was sometime before midnight?

20     A.    Yes.

21     Q.    How much time were you there?  How long

22 were you there before this incident began?

23     A.    I don't recall.  Not that long.

1       Q.      Is there anything that you could look at,

2   any documents or anything at all that would help us

3   understand for how long you were at Bootleggers before

4   these events unfolded?

5       A.      I'm not sure.

6       Q.      Okay.  You did say that the events began

7   at, I think you said 1:00 or 1:30 in the morning of

8   the 23rd?

9       A.      Between 1:00 and 2:00, yes.

10      Q.      Okay.  So is it fair to say if you got

11  there at least sometime before midnight you were there

12  for maybe an hour, hour and a half or two hours before

13  this happened?

14      A.      Yeah, about that.

15      Q.      Was there anyone else in the bar that

16  evening that you knew other than your cousin,

17  Danielle?

18      A.      My wife's cousin.  My ex-wife.

19      Q.      And what's her name?

20      A.      Brenda Paul.

21      Q.      Haul?

22      A.      Yes.

23      Q.      Where does Brenda Haul live?

1      A.     Paul, P.

2      Q.     P-A-U-L?

3      A.     Yeah.

4      Q.     Brenda Paul.  Okay.  Where does Brenda

5  Paul live?

6      A.     Cohoes, I believe.

7      Q.     And she's your wife's cousin?

8      A.     Yes, ex-wife.

9      Q.     Okay.  Anybody else that you can remember

10  who was in Bootleggers that night while you were

11  there?

12     A.     I don't know.

13     Q.     Was that a place you would go from time to

14  time?

15     A.     I've been there a couple of times.

16     Q.     Do you know, for example, the owner or any

17  of the bartenders or any of the people that work

18  there?

19     A.     I do not.

20     Q.     Now, some point before the police got

21  involved in this situation, did your wife, your

22  ex-wife Sarah, show up at Bootleggers?

23     A.     Yes.

1      Q.    Can you tell us about what time?

2      A.    Maybe an hour after I got there, maybe.

3      Q.    All right.  Would you say maybe it was at

4 midnight or a little after midnight?

5      A.    Probably a little after midnight.

6      Q.    Okay.  Now, do you know why she showed up

7 there?

8      A.    She thought I was cheating on her.

9      Q.    All right.  How did she know you were at

10 Bootleggers?

11     A.    Her cousin, Brenda Paul.

12     Q.    Did Brenda call her or text her or

13 something?

14     A.    Yes.

15     Q.    Do you know what she did?  Do you know

16 whether she called her or texted her?

17     A.    I do not.

18     Q.    But you're fairly sure that it was Brenda

19 that told Sarah that you were at Bootleggers?

20     A.    Yes.

21     Q.    What's your basis for saying that?  Did

22 somebody tell you that?

23     A.    She told me.

1      Q.    Brenda or your ex?

2      A.    My ex-wife.

3      Q.    So Sarah's saying that Brenda contacted

4  her and told her that you were at Bootleggers?

5      A.    Correct.

6      Q.    And is that why Sarah went to Bootleggers?

7      A.    Yes.

8      Q.    Because she though you were cheating on

9  her with someone else, correct?

10      A.    Yes.

11      Q.    Now, when Sarah came in -- well, when

12  Sarah arrived in the area of Bootleggers were you

13  still in the bar?

14      A.    Yes.

15      Q.    Did she come into the bar?

16      A.    No.

17      Q.    How did you learn she was there?

18      A.    Because I looked out and she was coming in.

19  I was walking out.

20      Q.    All right.  So as she was walking sort of

21  into the bar you saw her and you were going to walk

22  out of the bar?

23      A.    Yes.

1      Q.      Now, remember I told you at the beginning

2  I have to ask you some questions that are embarrassing

3  or could be and I'm not doing it to embarrass you but

4  I need to have the information?  The woman that Sarah

5  believed you were cheating with, was she in the bar?

6      A.      There was no woman.  I wasn't cheating with

7  no woman.

8      Q.      But the woman she believed you were

9  cheating with?

10     A.      No.

11     Q.      Did she ever give you any name of this

12 woman that she thought you were cheating with?

13     A.      No.

14     Q.      Do you know who she thought you were

15 cheating with?

16     A.      I do not.

17     Q.      Do you know what the basis is?  Why did

18 she think you were cheating?

19     A.      Because I was out at a bar and she actually

20 thought I wanted her cousin, I believe.

21     Q.      That would be?

22     A.      Brenda.

23     Q.      So she thought, your wife had a suspicion

1    that you were interested in her cousin?

2        A.    Yes.

3        Q.    Well, did you say anything to her cousin

4    that evening that might have suggested to her you

5    wanted a relationship with her?

6        A.    No.  No.

7        Q.    Did she say anything to you that suggested

8    to you that she might want a relationship with you?

9        A.    No.

10       Q.    All right.  So let's try to get a time

11    line here.  She's walking in.  You're walking out.  Do

12    you meet sort of on the sidewalk out in front of the

13    building?

14       A.    Yeah.

15       Q.    All right.  Did the two of you reenter --

16       A.    No.

17       Q.    -- Bootleggers together?

18       A.    No, we did not.

19       Q.    So after you met at Bootleggers as you

20    just described, neither you nor she went back into

21    Bootleggers?

22       A.    That's correct.

23       Q.    Now, how busy was Bootleggers that night?

1        A.     It was pretty busy.

2        Q.     I've never been there.  I've driven by it

3   a number of times.  I know this is a bad question, but

4   give me a sense, is it a bar that holds how many

5   people?  Best estimate.  I appreciate you weren't

6   counting.  20 people, 30 people, 40 people, 50 people?

7        A.     I would say over 50.

8        Q.     And how many people do you think were in

9   the bar that evening at around midnight or 1:00

10  o'clock?  Best estimate?

11       A.     I have no idea.

12       Q.     Okay.  I appreciate you weren't counting

13  but your recollection is it was fairly busy?

14       A.     Yes.

15       Q.     Now, I want you to tell me in your own

16  words when you walked outside did you and Sarah have

17  some kind of either discussion or argument?

18       A.     We had a discussion.

19       Q.     How would you describe it?  Was it a calm

20  discussion or was it fairly heated?

21       A.     I really don't recall.  It started calm.

22  Then it got, I would say not heated --

23       Q.     Well, when you two met up face to face

```
 1    outside the bar, what did she say to you?

 2         A.    I don't recall.

 3         Q.    What did you say to her?

 4         A.    I don't recall.

 5         Q.    Was there anyone with her?

 6         A.    No.

 7         Q.    Were there other people on the sidewalk?

 8         A.    Yes.

 9         Q.    Can you describe approximately how many?

10         A.    They're probably pretty busy.  I'm not sure.

11         Q.    Okay.  Did you know anyone aside from

12    Sarah?  Did you know anyone who was standing outside

13    of Bootleggers?

14         A.    I do not.

15         Q.    As you sit here today you just don't have

16    a clear memory of what was said either by Sarah or by

17    you?

18         A.    It was just talking.  I don't recall what

19    was said, no.

20         Q.    All right.  Now, do people call you

21    Francis or Frank?

22         A.    Frank.

23         Q.    Frank, I'm going to try to ask you a
```

question. Just follow me here again. I'm not trying

to be offensive. I know that if my wife came to a bar

at 1:00 o'clock in the morning under those

circumstances, chances are she wouldn't be very happy

with me. Is that fair to say, that your wife was not

very happy with you?

A. Yes.

Q. Did she confront you? In other words, did

she say in sum or substance she thought you were

cheating?

A. I don't recall. It could be. I really

don't recall.

Q. Well, did she ask you what you were doing

at that bar at that time?

A. Yes.

Q. And do you remember what you said to her?

A. I don't.

Q. Did there come a point in time when she

made any comments to some of the men who were outside

that bar?

A. Yes.

Q. Is it true that she said, in sum or

substance to whatever group of men were there, that my

1    husband's cheating on me.  I'm going to get even with

2    him.  If any of you guys want to have sex with me

3    tonight, you can.  Did she say something like that?

4         A.    Towards them lines, yes.

5         Q.    And some guy, probably drunk, said, yeah.

6    I'm okay.  I'll do that.  Is that fair to say?

7         A.    Yes.

8         Q.    All right.  And you and this guy had some

9    kind of an altercation?

10        A.    Yes.

11        Q.    Did you punch him?

12        A.    Yes.

13        Q.    Did he punch you?

14        A.    No.

15        Q.    Now, was this about the time that the

16   police intervened?

17        A.    Yep.

18        Q.    Tell me what the police did?

19        A.    I was -- they just came up to me and just

20   whacked me in the back of the leg and in the back.

21        Q.    Now, was this after you were having this

22   fight with this other man?

23        A.    It was after I was walking across the

1    street.

2         Q.    Well, let's try to clean that up then.

3    This man makes this inappropriate comment to your

4    wife, correct?

5         A.    Yes.

6         Q.    And you walked over to him and you punched

7    him?

8         A.    Yes.

9         Q.    Was it a one pinch fight?

10        A.    Yes.

11        Q.    Okay.  Did you hit him actually?

12        A.    Yes.

13        Q.    Did you hit him in the face?

14        A.    Yes.

15        Q.    Did you knock him on his back side?

16        A.    I don't think so.

17        Q.    All right.  Safe to say though that the

18   fight was over at this point?

19        A.    Yeah, that was it.  Yep.

20        Q.    Then did you walk away from what happened

21   at that point?

22        A.    Me and my ex-wife was walking across the

23   street because she grabbed my arm and we walked.

1     Q.    Okay.  Across which street?

2     A.    Across Broadway to the opposite side of the

3 bar?

4     Q.    And then is that where your first contact

5 occurred with the police?

6     A.    Yes.

7     Q.    Was it on the other side of the street or

8 when you were walking across the street?

9     A.    I believe it was while I was walking across

10 the street.

11     Q.    Now did you have contact with one police

12 officer or more than one?

13     A.    It was one.

14     Q.    Did you know the police officer?

15     A.    I did not.

16     Q.    Could you describe him today as you sit

17 here?

18     A.    If I seen him but I couldn't describe him.

19     Q.    Tell us what happened in this first

20 interaction with this police officer?

21     A.    He just came up to me and just whacked me in

22 the knee and whacked me in the back with his baton.

23     Q.    Did he say anything to you?

1  A.  He did not.

2  Q.  When you say he whacked you in the knee,

3 which knee?

4  A.  It was my right knee.

5  Q.  Is in the kneecap area?

6  A.  Behind.

7  Q.  Behind the --

8  A.  Behind the kneecap.

9  Q.  All right.  So he struck you behind your

10 kneecap on your right leg?

11  A.  Yes.

12  Q.  Where else did he strike you?

13  A.  On my back.

14  Q.  What part of your back?

15  A.  My -- on this side, the right side of my

16 back.  (Witness indicates.)

17  Q.  Indicating with your hand the right side

18 of your back about mid back area on the side?

19  A.  About that.  Yeah, in the mid back area.

20  Q.  Now, when he struck you were you facing

21 him or were you looking away from him?

22  A.  When he hit me in the knee I was facing him

23 because -- yeah, I was facing him.

1      Q.   All right.  So you're walking across

2  Broadway.  The officer walks up to you and you both

3  are sort of facing one another?

4      A.   It happened so quick.  He just whacked me.

5      Q.   Okay.  But I need to know.  Did he come up

6  from behind?

7      A.   Face.

8      Q.   All right.  So you were kind of walking at

9  one another?

10     A.   Yeah.

11     Q.   And you say what he did is the first blow

12  was to your knee area?

13     A.   Yep.

14     Q.   Did that cause you to fall or stumble?

15     A.   It caused me to fall.

16     Q.   All right.  And did you fall to the

17  ground?

18     A.   Yes.

19     Q.   On the road?

20     A.   Yes.

21     Q.   After you fell on the ground, what

22  happened?

23     A.   That's when he struck me in the back.

```
 1        Q.    What kind of clothing were you wearing?

 2        A.    I was wearing blue jeans and a gray hooded

 3   sweatshirt, I believe.

 4        Q.    Now, do you remember the officer saying

 5   anything to you?

 6        A.    No.

 7        Q.    Did you say anything to him?

 8        A.    No.

 9        Q.    Did Sarah say anything to the officer?

10        A.    I don't believe so.

11        Q.    Did the officer say anything to Sarah?

12        A.    No.

13        Q.    After that happened, that is after the

14   blow to your back as you were on Broadway, what

15   happened next?

16        A.    All I heard is my ex-wife said "run."  And I

17   ran down the alleyway.

18        Q.    Do you recall whether or not Sarah herself

19   got into a physical confrontation with the police?

20        A.    I don't believe so, no.

21        Q.    But you heard Sarah say to you "run"?

22        A.    Yes.

23        Q.    Now why did she say that to you?
```

1      A.      I believe she thought that the cop was being

2  unreasonable when he struck me.

3      Q.      So in response to Sarah's voice or command

4  or instruction, whatever it was, "run," what did you

5  do?

6      A.      I ran down the alleyway.

7      Q.      Do you know what alleyway it was?

8      A.      It was, I believe it was the alleyway from

9  Broadway to State, if that's correct.

10      Q.      What kind of footwear did you have on, by

11  the way?

12      A.      I think I had sneakers on.

13      Q.      Okay.  Did you get up and run?

14      A.      Yes.

15      Q.      Can you give me a sense of how far down

16  Broadway you had to run to get to this alley?

17      A.      I think the alley was right there.

18      Q.      Now, were you familiar just generally with

19  this part of Troy?

20      A.      I'm familiar with Troy, yes.

21      Q.      So when you were running down this alley

22  did you know where generally you were running towards?

23      A.      Yes.

1    Q.    And would that have been what, State
2    Street?

3    A.    I believe that's what it is.

4    Q.    In relation to downtown Troy, give me a
5    sense of -- can you give me some landmarks?  Do you
6    know where the courthouse is?

7    A.    It's before the courthouse.  I think there's
8    a bank right there on the corner.

9    Q.    All right.  When you say "before" --

10   A.    It's the same street as the police station's
11   on.

12   Q.    Okay.

13   A.    But it happened further up from the police
14   station.

15   Q.    By farther up you mean more towards
16   Lansingburg as opposed to South Troy?

17   A.    South Troy.  It's between Fourth Street and
18   Third, I believe.

19   Q.    Okay.  So you run down this alley.  What
20   happens next?

21   A.    I run.  I seen another police officer and I
22   ran to him.

23   Q.    Where was this other police officer?

          1          A.     He was parked on the street facing the
          2     opposite way.
          3          Q.     Did the officer, was he in a marked patrol
          4     car?
          5          A.     He was in an SUV.
          6          Q.     Was it marked?
          7          A.     Yes.
          8          Q.     Did you clearly understand it was a police
          9     vehicle?
         10          A.     Yes.
         11          Q.     And you ran towards the vehicle?
         12          A.     I ran to his window.
         13          Q.     And why did you do that?
         14          A.     Because I asked him for help.
         15          Q.     And do you know the name of that officer?
         16          A.     I believe it's Smith.  I just know him from
         17     the documents.
         18          Q.     But he's not somebody that you knew before
         19     this?
         20          A.     No.
         21          Q.     Would you be able to pick him out if he
         22     were sitting here today, do you think?
         23          A.     Yes.

```
 1       Q.      So you ran.  Was he alone in his vehicle?

 2       A.      Yes.

 3       Q.      So you ran to the window.  What did you

 4  say to him?

 5       A.      I said, I need your help.

 6       Q.      And what did he say to you?

 7       A.      I believe he said, get on the ground, scum

 8  bag, along those lines.

 9       Q.      What you're saying, is that sort of the

10  tenor of what he said to you?

11       A.      Yes.

12       Q.      Do you know whether or not this officer

13  had a canine, a dog in the car?

14       A.      I do not think there was.  It was a canine

15  unit vehicle, though.

16       Q.      What did you do in response to his

17  command?

18       A.      I got on the ground like he said.

19       Q.      And what happened next?

20       A.      He cuffed me behind my back.

21       Q.      Okay.  Did anything else occur?

22       A.      Then the officer from the first altercation,

23  came running down the alleyway.
```

1     Q.    And what happened after that?

2     A.    He struck me in the head with his baton.  He

3  kicked me twice in my right ribs.

4     Q.    When that happened, at the time that

5  happened, the officer who stuck you with the baton is

6  the same officer that came up and then you say struck

7  you, kicked you and struck you in your rib area, is

8  that correct, and struck you in the head?

9     A.    Yes.

10     Q.    And that was the same officer that you had

11  the incident with outside Bootleggers?

12     A.    Yes.

13     Q.    Were there any other officers around other

14  than the two you talked about?

15     A.    No.

16     Q.    Now, have you ever injured your ribs at

17  any point before that night?

18     A.    I have not.

19     Q.    What happened after that?  That is after

20  the officer -- did he kick you in the side?  Is that

21  what you're saying?

22     A.    He kicked me twice in the ribs.

23     Q.    All right.  And struck you, you say, in

1     the top of your head with his baton?

2        A.     Yes.

3        Q.     And you're saying that you were not

4     resisting in any way?

5        A.     I was not in any way.

6        Q.     You weren't refusing to get your hands out

7     from underneath you?

8        A.     No, I was not.

9        Q.     Did you have an object of some kind in

10     your hands?

11        A.     Yes, I did.

12        Q.     What was that?

13        A.     It was a cell phone.

14        Q.     Now, were you taken from the scene?

15     You're now on the ground. You just described this

16     incident. Were you taken somewhere from the scene?

17        A.     Yes.

18        Q.     Where were you taken?

19        A.     I was taken to the police station.

20        Q.     And what happened at the police station?

21        A.     I was booked. Well, I was written a ticket.

22        Q.     Okay. The officers were writing you some

23     tickets, is that correct?

1      A.    Yes.

2      Q.    And you went through the booking process?

3      A.    Yes.

4      Q.    Now, were you released that evening?

5      A.    I was.

6      Q.    And given what are called appearance

7    tickets?

8      A.    Yes.

9      Q.    Were you seen by any kind of medical

10   personnel that evening?

11     A.    Yes.  I believe the fire department came.

12     Q.    Did they come when you were at the scene,

13   on let's call it State Street?  Or did they come and

14   see you when you were at the police station?

15     A.    When I was at the police station.

16     Q.    Did they provide you any treatment?

17     A.    They just put bandages on my head.

18     Q.    Did you follow-up at some point after you

19   left the police station that night with medical care?

20     A.    Yes, I went straight to the hospital.

21     Q.    And which hospital was that?

22     A.    Samaritan.

23     Q.    And were you seen at Samaritan?

1    A.    Yes.

2    Q.    In the ER?

3    A.    Yes.

4    Q.    Were you kept overnight?

5    A.    Yes.

6    Q.    How long were you kept in the hospital?

7    A.    About 11:00 o'clock, 12:00 o'clock that

8    morning.

9    Q.    All right.  So whatever time -- I'm

10   assuming because the booking process takes a little

11   time, I'm assuming maybe you got to the hospital, the

12   ER, maybe 3:00 o'clock, 4:00 o'clock, 5:00 o'clock,

13   something like that?

14   A.    Yeah, it was around there, yeah.

15   Q.    Okay.  And you were seen there in the ER,

16   correct?

17   A.    Yes.

18   Q.    Were you ever placed in a hospital bed

19   outside the ER?

20   A.    No, I was not.

21   Q.    What treatment was rendered to you in the

22   emergency room?  What did they do for you?

23   A.    They put staples in my head and gave me

1    X-rays.

2         Q.    All right.  What part of your body did

3    they X-ray?

4         A.    My ribs and to see if I had a collapsed

5    lung.

6         Q.    Did they do any scans of your head or

7    studies of your head?

8         A.    I think I had a CT scan.  I'm not sure

9    though.

10        Q.    And you were released around 11:00 o'clock

11   in the morning?

12        A.    Around there.  I was there a few hours, yes.

13        Q.    After you were released, did you go home?

14        A.    Yes.

15        Q.    Did you follow up after this with medical

16   care treatment or with any physician?

17        A.    Yes.

18        Q.    And who did you follow-up with?

19        A.    I went to a few ERs for my ribs, St. Mary's,

20   Albany Med.

21        Q.    All right.  So your ribs continued to

22   bother you?

23        A.    Yes.

1          Q.      Do you know, were you diagnosed with any

2     broken ribs?

3          A.      I was diagnosed with two or three fractured

4     ribs.

5          Q.      And who made that diagnosis?

6          A.      The ER that night.

7          Q.      At Samaritan?

8          A.      Yes.

9          Q.      And what treatment did they give you?

10         A.      There's really no treatment for ribs.  They

11    said they could wrap it.  That's about it.

12         Q.      Did they give you any medication?

13         A.      No.

14         Q.      Did they give you any type of medication

15    for any pain?

16         A.      Tylenol.

17         Q.      And because your ribs were still bothering

18    you, you went to the ER at St. Mary's?

19         A.      I went to St. Mary's.  I went, I believe one

20    time I went to urgent care, yes.

21         Q.      All right.  How about, you mentioned

22    Albany Med?

23         A.      Albany Med.  Yes.

1      Q.    And urgent care?

2      A.    Yes.

3      Q.    Can you give us those in order?  Did you

4  go to St. Mary's first, Albany Med then Urgent Care?

5      A.    I don't recall.

6      Q.    And what, if any, treatment were you given

7  by St. Mary's?

8      A.    They just gave me, they just said basically

9  the same thing.  I was X-rayed and that's about it.

10  There's really nothing to do with ribs.

11      Q.    All right.  How about Albany Med?  Do you

12  recall what they did for you?

13      A.    Initially the same thing.

14      Q.    X-rayed your rib area?

15      A.    Yes.

16      Q.    And how about urgent care?

17      A.    Basically the same thing.

18      Q.    What urgent care did you go to?

19      A.    Clifton Park.

20      Q.    Do you know what their address is in

21  Clifton Park?

22      A.    I don't -- I believe it's off of 146.

23      Q.    Now, do you have any kind of criminal

```
 1   history or record?

 2        A.    I do.

 3        Q.    Tell me about that, please.

 4        A.    I was incarcerated.

 5        Q.    All right.  For what?

 6        A.    Attempted burglary.

 7        Q.    When was that?

 8        A.    2003.

 9        Q.    And where did that allegedly occur?

10        A.    Cohoes.

11        Q.    Any other criminal history?

12        A.    Just possession of stolen property.

13        Q.    When did that occur?

14        A.    When I was 15.

15        Q.    Were you given youthful offender treatment

16   on that?

17        A.    Yes.

18        Q.    So that record has been expunged if you

19   were given --

20        A.    I believe so, yes.

21        Q.    So in terms of a record, the attempted

22   burglary is still a part of your criminal history?

23        A.    I believe so.
```

1    Q.    Is there anything else?

2    A.    Just I have a couple possession of stolen

3  property on there.

4    Q.    Are you aware of any witnesses to these

5  events other than Sarah?

6    A.    I am not.

7    Q.    Have you ever talked with anyone who said,

8  you know, I was there that night?  I saw what

9  happened?

10    A.    No, the only ones that were there was just

11  my cousin and her cousin.

12    Q.    Do you know, did any one of them ever

13  relate to you either directly or through someone else

14  they saw what happened?

15    A.    No.

16    Q.    Do you believe either one of them saw what

17  happened?

18    A.    They could have.  I'm not sure.

19    Q.    All right.  In any event, you have not

20  talked to them so, for example, you haven't talked to

21  your cousin, Danielle?

22    A.    I just seen her at the bar that night.  I

23  mean, we're not that close really.

1      Q.     But from that night in December of 2012 to

2  the present, she hasn't contacted you either to talk

3  to you or by text or on Facebook or something like

4  that?

5      A.     I mean, she's my friend on Facebook but we

6  don't talk.

7      Q.     So you've never talked about what she

8  claims she saw that night?

9      A.     No.

10     Q.     And how about Sarah's cousin?

11     A.     I don't talk to her.

12     Q.     Is there anyone else that has stated

13  anything to you about what they saw that evening?

14     A.     No.

15     Q.     All right.  Now, switching back, medically

16  are you still being treated for any of your injuries?

17     A.     At the moment, no.

18     Q.     All right.  Do any of the problems that

19  you complained about still exist?

20     A.     Yes.

21     Q.     What problems?

22     A.     Occasionally my rib.

23     Q.     Do you know which rib it is that's

1   bothering you?

2        A.    The last time I was X-rayed they said the

3   ninth one still had a hairline fracture in it.

4        Q.    Anything else currently bothering you?

5        A.    I get migraines.

6        Q.    Do you have a history migraines?

7        A.    No.

8        Q.    And tell me about your migraines.  What

9   are they like?

10       A.    They're just really bad migraines.

11       Q.    Well, are they like headaches or visual

12  distortions?

13       A.    They're like headaches.

14       Q.    Are you seeing a doctor for that?

15       A.    No.  I'm on migraine meds for when I see

16  it's coming.  I've seen a doctor.

17       Q.    Which medication is for migraines?

18       A.    I don't recall the name of it.

19       Q.    Is it one of the three that you gave me in

20  the beginning or another medication?

21       A.    No, it's another medication.  I take it when

22  one is coming on.

23             MR. BAILEY:  Okay.  I have no

other questions.  Thank you.

(Whereupon the deposition was concluded at 9:50 a.m.)

\*        \*        \*        \*


STATE OF NEW YORK

SS:

COUNTY OF _____


I have read the foregoing record of my testimony taken at the time and place noted in the heading hereof and I do hereby acknowledge it to be a true and accurate transcript of same.


_____
**FRANCIS FOGARTY, JR.**


Sworn to before me this

____ day of _____, 2016.


_____
Notary Public

# CERTIFICATION

STATE OF NEW YORK

COUNTY OF ALBANY

    I, Mary Ellen Tardiff, shorthand reporter, a notary public within and for the State of New York, duly commissioned and qualified, do hereby certify that **Francis Fogarty, Jr.**, was duly sworn by me to testify to the truth in the cause aforesaid; that the testimony then given was reduced by me to stenotype in the presence of said witness, subsequently transcribed into English text and that the foregoing is a true and accurate transcript of the testimony so given.

    I do hereby certify that his testimony was taken **June 27, 2016,** at the place as specified in the foregoing caption.

    I do hereby further certify that I am not a relative, counsel or attorney of any party or otherwise interested in the outcome of this action.

    Witness my hand this 29th day of June, 2016.


_____

MARY ELLEN TARDIFF

Notary Public for State of New York
Commissioned in Albany County
My commission expires 11/07/2018.
UID 01TA4943991

# 1

10/15 [1] - 4:22
10th [1] - 6:23
11:00 [2] - 41:7, 42:10
12:00 [1] - 41:7
14 [1] - 5:23
146 [1] - 44:22
15 [1] - 45:14
1983 [1] - 4:22
1:00 [5] - 16:5, 19:7, 19:9, 25:9, 27:3
1:30 [1] - 19:7

# 2

20 [1] - 25:6
2003 [1] - 45:8
2004 [1] - 7:5
2009 [1] - 5:23
2012 [4] - 15:15, 15:19, 16:3, 47:1
20B [1] - 4:9
22nd [5] - 16:7, 16:10, 17:3, 17:4, 18:17
23rd [7] - 15:15, 15:19, 16:3, 16:7, 16:11, 17:3, 19:8
24th [1] - 17:3
2:00 [2] - 16:5, 19:9

# 3

30 [1] - 25:6
3:00 [1] - 41:12

# 4

40 [1] - 25:6
4:00 [1] - 41:12

# 5

50 [2] - 25:6, 25:7
5:00 [1] - 41:12

# 8

883 [1] - 10:15

# 9

9 [1] - 13:23

# A

A.E [3] - 8:19, 10:9, 11:10
a.m [1] - 16:5
able [1] - 36:21
accident [1] - 12:12
address [2] - 10:4, 44:20
ages [1] - 5:2
ago [1] - 6:11
AGREED [5] - 2:4, 2:7, 2:10, 2:13, 2:16
Albany [9] - 8:21, 10:3, 10:4, 10:12, 42:20, 43:22, 43:23, 44:4, 44:11
alleged [1] - 15:16
allegedly [1] - 45:9
alley [4] - 34:16, 34:17, 34:21, 35:19
alleyway [5] - 33:17, 34:6, 34:7, 34:8, 37:23
alone [1] - 37:1
altercation [2] - 28:9, 37:22
AND [6] - 2:4, 2:7, 2:10, 2:13, 2:16
answer [1] - 3:19
Anthony [1] - 4:7
apologize [1] - 18:16
appearance [1] - 40:6
appreciate [3] - 7:11, 25:5, 25:12
apprentice [4] - 8:13, 8:14, 9:10, 9:12
apprenticeship [1] - 9:1
appropriate [1] - 2:18
area [7] - 22:12, 31:5, 31:18, 31:19, 32:12, 38:7, 44:14
argument [1] - 25:17
arm [1] - 29:23
arrived [1] - 22:12
Ashline [3] - 8:2, 8:5, 10:17
aside [1] - 26:11
assume [4] - 3:19, 6:8, 12:2, 16:9
assuming [2] - 41:10, 41:11
attempted [2] - 45:6, 45:21
attorneys [1] - 2:5
Avenue [1] - 10:5
aware [1] - 46:4

# B

background [1] - 6:15
bad [2] - 25:3, 48:10
bag [1] - 37:8
BAILEY [2] - 3:4, 48:23
Bailey [1] - 3:7
baldwin [1] - 17:13
Baldwin [2] - 17:14, 18:1
bandages [1] - 40:17
bank [1] - 35:8
bar [16] - 16:22, 19:15, 22:13, 22:15, 22:21, 22:22, 23:5, 23:19, 25:4, 25:9, 26:1, 27:2, 27:14, 27:20, 30:3, 46:22
bartenders [1] - 20:17
basis [2] - 21:21, 23:17
baton [4] - 30:22, 38:2, 38:5, 39:1
became [1] - 8:10
become [1] - 9:9
bed [1] - 41:18
began [2] - 18:22, 19:6
beginning [2] - 23:1, 48:20
behind [6] - 31:6, 31:7, 31:8, 31:9, 32:6, 37:20
Bella [1] - 5:4
Best [1] - 25:5
best [1] - 25:10
between [4] - 2:4, 16:5, 19:9, 35:17
beyond [1] - 7:2
big [2] - 10:8, 10:11
birth [1] - 4:21
bit [1] - 6:3
blow [2] - 32:11, 33:14
blue [2] - 11:13, 33:2
body [1] - 42:2
bone [1] - 12:7
booked [1] - 39:21
booking [2] - 40:2, 41:10
Bootleggers [19] - 16:21, 17:2, 18:9, 18:13, 18:17, 19:3, 20:10, 20:22, 21:10, 21:19, 22:4, 22:6, 22:12, 24:17, 24:19, 24:21, 24:23, 26:13, 38:11
bother [1] - 42:22
bothering [3] - 43:17, 48:1, 48:4
bout [1] - 12:3
Brenda [3] - 19:20, 19:23, 20:4, 21:11, 21:12, 21:18, 22:1, 22:3, 23:22
broadway [2] - 32:2, 33:14
Broadway [6] - 10:15, 16:18, 16:20, 30:2, 34:9, 34:16
broken [2] - 12:7, 43:2
building [1] - 24:13
bumped [1] - 18:12
burglary [2] - 45:6, 45:22
business [2] - 7:20, 10:18
busy [4] - 24:23, 25:1, 25:13, 26:10
BY [1] - 3:4

# C

CALABRESE [1] - 3:11
calm [2] - 25:19, 25:21
canine [2] - 37:13, 37:14
car [2] - 36:4, 37:13
care [13] - 11:2, 13:10, 14:4, 14:8, 14:19, 15:2, 15:9, 40:19, 42:16, 43:20, 44:1, 44:16, 44:18
Care [1] - 44:4
career [1] - 7:11
case [2] - 3:12, 4:2
caused [1] - 32:15
CDPHP [1] - 11:14
cell [1] - 39:13
chances [1] - 27:4
cheating [10] - 21:8, 22:8, 23:5, 23:6, 23:9, 23:12, 23:15, 23:18, 27:10, 28:1
children [4] - 4:23, 5:6, 6:1
circumstances [1] - 27:4
City [1] - 3:13
Civil [3] - 2:15, 2:17, 2:19
Claim [1] - 3:9
claims [1] - 47:8
clean [1] - 29:2
clear [1] - 26:16
clearly [1] - 36:8
Clifton [8] - 4:11, 4:12, 13:21, 13:22, 14:2, 18:2, 44:19, 44:21
close [1] - 46:23
clothing [1] - 33:1
Cohoes [5] - 6:19, 15:2, 15:9, 20:6, 45:10
collapsed [1] - 42:4
coming [3] - 22:18, 48:16, 48:22
command [2] - 34:3, 37:17
comment [1] - 29:3
comments [1] - 27:19
companies [1] - 8:8
company [2] - 8:1, 9:20
complained [1] - 47:19
conditions [1] - 12:14
confront [1] - 27:8
confrontation [1] - 33:19
connected [1] - 18:10
contact [2] - 30:4, 30:11
contacted [2] - 22:3, 47:1
continued [1] - 42:21
controlling [1] - 2:20
cop [1] - 34:1
corner [1] - 35:8
correct [11] - 9:15, 15:9, 18:14, 22:5, 22:9, 24:22, 29:4, 34:9, 38:8, 39:23, 41:16

counting [2] - 25:6, 25:12
couple [3] - 17:15, 20:15, 46:2
course [1] - 9:8
Court [1] - 2:9
courthouse [2] - 35:6, 35:7
cousin [14] - 17:11, 18:3, 18:8, 19:16, 19:18, 20:7, 21:11, 23:20, 24:1, 24:3, 46:11, 46:21, 47:10
coverage [2] - 11:7, 11:12
criminal [3] - 44:23, 45:11, 45:22
Cross/Blue [1] - 11:13
CT [1] - 42:8
cuffed [1] - 37:20

**D**

Danielle [6] - 17:11, 17:12, 18:1, 18:8, 19:17, 46:21
Danielle's [1] - 17:12
date [3] - 4:21, 5:21, 15:15
December [4] - 15:15, 15:19, 16:3, 47:1
deemed [1] - 2:18
degree [1] - 7:1
department [1] - 40:11
deposition [1] - 2:14
describe [5] - 11:17, 25:19, 26:9, 30:16, 30:18
described [2] - 24:20, 39:15
diagnosed [2] - 43:1, 43:3
diagnosis [1] - 43:5
directly [1] - 46:13
discussion [3] - 25:17, 25:18, 25:20
distortions [1] - 48:12
divorced [2] - 6:8, 6:10
doctor [10] - 13:9, 13:11, 14:5, 14:8, 14:16, 14:18, 14:19, 15:5, 48:14, 48:16
doctors [1] - 15:12
documents [3] - 15:21, 19:2, 36:17
dog [1] - 37:13
Dominic [1] - 5:5
down [6] - 33:17, 34:6, 34:15, 34:21, 35:19, 37:23
downtown [1] - 35:4
Dr [1] - 14:7
drive [1] - 4:9
driven [1] - 25:2
drunk [1] - 28:5
duly [1] - 3:2
during [1] - 9:8

**E**

early [1] - 17:2
education [2] - 7:2
educational [1] - 6:15
either [7] - 12:8, 17:21, 25:17, 26:16, 46:13, 46:16, 47:2
electric [1] - 8:19
electrical [1] - 9:20
electrician [3] - 8:12, 8:18, 9:9
electricity [2] - 7:18, 8:11
embarrass [2] - 4:1, 23:3
embarrassing [1] - 23:2
emergency [1] - 41:22
employer [2] - 11:4, 11:8
employment [1] - 7:17
ER [6] - 41:2, 41:12, 41:15, 41:19, 43:6, 43:18
ERs [1] - 42:19
estimate [2] - 25:5, 25:10
evaluate [1] - 4:2
evening [7] - 16:3, 19:16, 24:4, 25:9, 40:4, 40:10, 47:13
event [2] - 16:15, 46:19
events [3] - 19:4, 19:6, 46:5
ex [7] - 19:18, 20:8, 20:22, 22:1, 22:2, 29:22, 33:16
ex-wife [6] - 19:18, 20:8, 20:22, 22:2, 29:22, 33:16
EXAMINATION [1] - 3:4
examined [1] - 3:3
example [2] - 20:16, 46:20
except [1] - 2:11
exist [1] - 47:19
expunged [1] - 45:18

**F**

face [4] - 25:23, 29:13, 32:7
Facebook [2] - 47:3, 47:5
facing [5] - 31:20, 31:22, 31:23, 32:3, 36:1
fair [5] - 3:20, 16:9, 19:10, 27:5, 28:6
fairly [5] - 3:23, 10:6, 21:18, 25:13, 25:20
fall [3] - 32:14, 32:15, 32:16
familiar [2] - 34:18, 34:20
family [2] - 15:2, 15:9
far [3] - 6:22, 9:1, 34:15
February [1] - 5:23
Federal [4] - 2:9, 2:15, 2:17, 2:19
fell [1] - 32:21
few [2] - 7:12, 7:13, 11:14,

42:12, 42:19
fiancee [1] - 4:16
field [1] - 8:11
fight [3] - 28:22, 29:9, 29:18
filing [1] - 2:8
fire [1] - 40:11
first [7] - 3:2, 6:14, 30:4, 30:19, 32:11, 37:22, 44:4
five [3] - 5:5, 9:13, 15:12
fixed [1] - 12:8
flu [1] - 12:3
Fogarty [8] - 3:5, 4:7, 4:8, 5:4, 5:5, 5:16
follow [4] - 27:1, 40:18, 42:15, 42:18
follow-up [2] - 40:18, 42:18
follows [1] - 3:3
footwear [1] - 34:10
form [1] - 2:11
formal [1] - 7:2
forth [1] - 6:2
four [5] - 5:5, 5:6, 6:1, 17:19, 17:20
Fourth [1] - 35:17
fracture [1] - 48:3
fractured [1] - 43:3
Fran [5] - 13:14, 13:18, 14:16, 15:7
Fran's [1] - 14:10
Francis [2] - 4:7, 26:21
frank [5] - 26:21, 26:22, 26:23
friend [2] - 17:9, 47:5
friends [4] - 17:7, 17:15, 17:17, 17:20
front [1] - 24:12
FURTHER [4] - 2:7, 2:10, 2:13, 2:16

**G**

Gamash [1] - 5:17
GAMASH [1] - 5:17
gears [1] - 7:10
GED [4] - 7:1, 7:3, 7:4, 7:6
general [1] - 11:17
generally [4] - 7:14, 16:14, 34:18, 34:22
given [4] - 40:6, 44:6, 45:15, 45:19
grabbed [1] - 29:23
grade [1] - 6:23
graduate [1] - 6:20
gray [1] - 33:2
ground [5] - 32:17, 32:21, 37:7, 37:18, 39:15
group [3] - 14:13, 15:8, 27:23
guy [2] - 28:5, 28:8

guys [1] - 28:2

**H**

hairline [1] - 48:3
half [3] - 8:23, 9:5, 19:12
hall [1] - 8:16
hand [1] - 31:17
hands [2] - 39:6, 39:10
happy [2] - 27:4, 27:6
Haul [2] - 19:21, 19:23
head [7] - 38:2, 38:8, 39:1, 40:17, 41:23, 42:6, 42:7
headaches [2] - 48:11, 48:13
health [4] - 11:1, 11:6, 11:17, 11:21
heard [2] - 33:16, 33:21
heated [2] - 25:20, 25:22
heath [1] - 11:2
help [4] - 15:22, 19:2, 36:14, 37:5
HEREBY [1] - 2:4
hereto [1] - 2:5
herself [1] - 33:18
high [5] - 6:15, 6:19, 7:11, 9:19, 11:18
history [5] - 11:1, 45:1, 45:11, 45:22, 48:6
hit [3] - 29:11, 29:13, 31:22
HMO [1] - 11:13
holds [1] - 25:4
home [1] - 42:13
hooded [1] - 33:2
hospital [5] - 40:20, 40:21, 41:6, 41:11, 41:18
hospitalization [1] - 11:23
hour [3] - 19:12, 21:2
hours [4] - 16:11, 17:2, 19:12, 42:12
husband's [1] - 28:1

**I**

idea [2] - 13:3, 25:11
important [1] - 3:15
inappropriate [1] - 29:3
incarcerated [1] - 45:4
incident [7] - 15:16, 16:4, 16:12, 16:16, 18:22, 38:11, 39:16
indicates [1] - 31:16
indicating [1] - 31:17
information [2] - 4:1, 23:4
injured [2] - 12:11, 38:16
injuries [2] - 12:6, 47:16
instruction [1] - 34:4
interaction [1] - 30:20

interested [1] - 24:1
intervened [1] - 28:16
involved [4] - 7:19, 8:11, 9:9, 20:21
IS [4] - 2:4, 2:7, 2:10, 2:13
IT [3] - 2:7, 2:10, 2:13

## J

jeans [1] - 33:2
job [1] - 7:13
jobs [2] - 9:17
John [1] - 3:7
Jr [1] - 4:7

## K

Kasselman [4] - 9:22, 9:23, 10:7, 10:20
Kathleen [2] - 15:2, 15:8
Kathleen's [1] - 15:3
kept [2] - 41:4, 41:6
kick [1] - 38:20
kicked [3] - 38:3, 38:7, 38:22
kind [11] - 7:7, 7:8, 10:8, 25:17, 28:9, 32:8, 33:1, 34:10, 39:9, 40:9, 44:23
knee [6] - 30:22, 31:2, 31:3, 31:4, 31:22, 32:12
kneecap [3] - 31:5, 31:8, 31:10
knock [1] - 29:15

## L

laborer [3] - 7:22, 7:23, 9:7
laid [1] - 10:22
landmarks [1] - 35:5
Lansingburg [1] - 35:16
last [7] - 4:19, 5:16, 14:10, 14:11, 15:3, 17:12, 48:2
late [1] - 13:16
Laya [1] - 5:4
layoffs [1] - 10:22
learn [1] - 22:17
least [1] - 19:11
leave [2] - 10:17, 10:21
left [3] - 7:11, 9:18, 40:19
leg [2] - 28:20, 31:10
line [1] - 24:11
lines [2] - 28:4, 37:8
live [7] - 4:8, 4:15, 6:2, 6:6, 18:1, 19:23, 20:5
lived [1] - 4:13
lives [1] - 18:2
living [1] - 7:14

located [4] - 8:3, 8:20, 10:2, 10:12
location [1] - 16:19
look [1] - 19:1
looked [1] - 22:18
looking [1] - 31:21
lung [1] - 42:5

## M

M-O-S-C-A [1] - 4:20
Madison [1] - 10:5
maintain [1] - 5:15
major [3] - 9:17, 11:21, 12:6
man [3] - 13:18, 28:22, 29:3
marked [2] - 36:3, 36:6
married [2] - 5:19, 5:22
Mary's [5] - 42:19, 43:18, 43:19, 44:4, 44:7
matter [1] - 6:13
mean [3] - 35:15, 46:23, 47:5
meaning [1] - 9:17
med [2] - 13:9, 43:23
Med [4] - 42:20, 43:22, 44:4, 44:11
medical [6] - 12:14, 13:20, 14:13, 40:9, 40:19, 42:15
medically [1] - 47:15
medication [7] - 12:17, 12:19, 43:12, 43:14, 48:17, 48:20, 48:21
medications [1] - 13:7
meds [1] - 48:15
meet [2] - 18:9, 24:12
meeting [1] - 18:7
memory [1] - 26:16
men [2] - 27:19, 27:23
mentioned [2] - 8:10, 43:21
met [2] - 24:19, 25:23
mid [2] - 31:18, 31:19
midnight [8] - 16:11, 17:5, 18:19, 19:11, 21:4, 21:5, 25:9
might [3] - 9:8, 24:4, 24:8
migraine [1] - 48:15
migraines [5] - 48:5, 48:6, 48:8, 48:10, 48:17
moment [1] - 47:17
months [1] - 4:14
morning [8] - 3:5, 3:6, 16:11, 17:2, 19:7, 27:3, 41:8, 42:11
Mosca [1] - 4:20
moving [5] - 7:18, 7:20, 8:7, 8:10, 10:17
MR [3] - 3:4, 3:11, 48:23

## N

name [18] - 3:7, 4:6, 4:17, 4:19, 5:11, 5:16, 11:15, 14:1, 14:10, 14:11, 15:3, 17:9, 17:12, 19:19, 23:11, 36:15, 48:18
names [3] - 5:2, 17:16, 17:21
nature [1] - 7:16
need [5] - 4:2, 12:15, 23:4, 32:5, 37:5
never [3] - 12:7, 25:2, 47:7
next [4] - 10:23, 33:15, 35:20, 37:19
night [11] - 16:10, 18:17, 20:10, 24:23, 38:17, 40:19, 43:6, 46:8, 46:22, 47:1, 47:8
ninth [1] - 48:3
non [1] - 8:17
non-union [1] - 8:17
Notary [1] - 3:2
nothing [1] - 44:10
Notice [1] - 3:9
number [1] - 25:3
nurse [3] - 14:16, 15:6, 15:8

## O

o'clock [8] - 25:10, 27:3, 41:7, 41:12, 42:10
oath [1] - 2:6
object [1] - 39:9
objections [1] - 2:11
obtained [2] - 7:1, 7:6
occasionally [1] - 47:22
occur [4] - 16:4, 37:21, 45:9, 45:13
occurred [2] - 15:16, 30:5
offender [1] - 45:15
offensive [1] - 27:2
officer [17] - 30:12, 30:14, 30:20, 32:2, 33:4, 33:9, 33:11, 35:21, 35:23, 36:3, 36:15, 37:12, 37:22, 38:5, 38:6, 38:10, 38:20
officers [2] - 38:13, 39:22
one [12] - 29:9, 30:11, 30:12, 30:13, 32:3, 32:9, 43:19, 46:12, 46:16, 48:3, 48:19, 48:22
ones [1] - 46:10
opposed [1] - 35:16
opposite [2] - 30:2, 36:2
order [2] - 4:2, 44:3
original [1] - 2:8
outside [6] - 25:16, 26:1, 26:12, 27:19, 38:11, 41:19

overnight [1] - 41:4
own [1] - 25:15
owner [1] - 20:16

## P

pain [1] - 43:15
Park [8] - 4:11, 4:12, 13:21, 13:22, 14:2, 18:2, 44:19, 44:21
parked [1] - 36:1
part [5] - 7:13, 31:14, 34:19, 42:2, 45:22
parties [2] - 2:5, 2:17
past [1] - 15:12
patrol [1] - 36:3
Paul [5] - 19:20, 20:1, 20:4, 20:5, 21:11
PAUL [1] - 20:2
people [9] - 20:17, 25:5, 25:6, 25:8, 26:7, 26:20
period [1] - 16:16
personal [1] - 3:23
personnel [1] - 40:10
phone [1] - 39:13
phonetic [1] - 13:4
Phonetic [1] - 13:15
photographs [1] - 15:22
physical [1] - 33:19
physician [1] - 42:16
physicians [1] - 15:12
pick [1] - 36:21
pictures [1] - 15:22
pinch [1] - 29:9
place [2] - 14:9, 20:13
placed [1] - 41:18
point [6] - 20:20, 27:18, 29:18, 29:21, 38:17, 40:18
police [18] - 20:20, 28:16, 28:18, 30:5, 30:11, 30:14, 30:20, 33:19, 35:10, 35:13, 35:21, 35:23, 36:8, 39:19, 39:20, 40:14, 40:15, 40:19
Ponderosa [1] - 4:9
possession [2] - 45:12, 46:2
practice [2] - 13:20, 14:1
practitioner [3] - 14:17, 15:6, 15:9
prearranged [1] - 18:7
prepare [1] - 15:22
prescribed [1] - 13:7
presence [1] - 2:5
present [2] - 11:19, 47:2
pretty [4] - 10:11, 11:20, 25:1, 26:10
primary [4] - 13:10, 14:4, 14:7, 14:19
problems [4] - 11:21,

11:22, 47:18, 47:21
**Procedure** [3] - 2:15, 2:18, 2:19
**process** [2] - 40:2, 41:10
**program** [2] - 9:10, 9:12
**property** [2] - 45:12, 46:3
**provide** [1] - 40:16
**provided** [3] - 2:14, 2:17, 11:4
**provider** [1] - 11:2
**provides** [2] - 11:6, 11:12
**Prozac** [1] - 12:20
**psych** [1] - 14:18
**Public** [1] - 3:2
**punch** [2] - 28:11, 28:13
**punched** [1] - 29:6
**purposes** [1] - 2:14
**put** [2] - 40:17, 41:23

## Q

**questions** [5] - 3:8, 3:16, 3:23, 11:1, 23:2
**quick** [1] - 32:4

## R

**ran** [7] - 33:17, 34:6, 35:22, 36:11, 36:12, 37:1, 37:3
**ray** [1] - 42:3
**rayed** [3] - 44:9, 44:14, 48:2
**rays** [1] - 42:1
**really** [6] - 25:21, 27:11, 43:10, 44:10, 46:23, 48:10
**recollection** [1] - 25:13
**record** [4] - 4:5, 45:1, 45:18, 45:21
**reenter** [1] - 24:15
**Referee** [1] - 2:6
**refusing** [1] - 39:6
**relate** [1] - 46:13
**relation** [1] - 35:4
**relationship** [2] - 24:5, 24:8
**released** [3] - 40:4, 42:10, 42:13
**remember** [7] - 15:18, 17:17, 17:21, 20:9, 23:1, 27:16, 33:4
**rendered** [1] - 41:21
**rephrase** [1] - 3:15
**REPORTER** [1] - 13:6
**representing** [1] - 3:13
**required** [2] - 11:22, 12:7
**reserved** [1] - 2:11
**resisting** [1] - 39:4
**respect** [1] - 2:20
**respective** [1] - 2:5
**response** [2] - 34:3, 37:16

**restaurant** [1] - 16:22
**reviewed** [1] - 15:21
**rib** [4] - 38:7, 44:14, 47:22, 47:23
**ribs** [11] - 38:3, 38:16, 38:22, 42:4, 42:19, 42:21, 43:2, 43:4, 43:10, 43:17, 44:10
**rights** [1] - 2:16
**Risperdal** [1] - 13:1
**road** [1] - 32:19
**room** [1] - 41:22
**Rosen** [3] - 8:19, 10:10, 11:10
**Route** [1] - 13:23
**Rules** [3] - 2:15, 2:17, 2:19
**run** [7] - 33:16, 33:21, 34:4, 34:13, 34:16, 35:19, 35:21
**running** [3] - 34:21, 34:22, 37:23

## S

**safe** [1] - 29:17
**Samaritan** [3] - 40:22, 40:23, 43:7
**SARA** [1] - 5:13
**Sarah** [20] - 5:12, 5:18, 6:2, 6:4, 6:5, 20:22, 21:19, 22:6, 22:11, 22:12, 23:4, 25:16, 26:12, 26:16, 33:9, 33:11, 33:18, 33:21, 46:5
**Sarah's** [3] - 22:3, 34:3, 47:10
**saw** [6] - 22:21, 46:8, 46:14, 46:16, 47:8, 47:13
**scan** [1] - 42:8
**scans** [1] - 42:6
**scene** [3] - 39:14, 39:16, 40:12
**school** [4] - 6:16, 7:11, 9:19, 11:18
**scum** [1] - 37:7
**sections** [1] - 2:19
**see** [3] - 40:14, 42:4, 48:15
**seeing** [3] - 14:6, 15:11, 48:14
**sense** [4] - 6:14, 25:4, 34:15, 35:5
**set** [1] - 12:8
**seven** [1] - 5:4
**sex** [1] - 28:2
**shall** [2] - 2:18, 2:19
**Shield** [1] - 11:13
**shop** [1] - 10:6
**show** [1] - 20:22
**showed** [1] - 21:6
**side** [8] - 29:15, 30:2, 30:7, 31:15, 31:17, 31:18, 38:20

**sidewalk** [2] - 24:12, 26:7
**signed** [1] - 2:8
**sit** [3] - 17:21, 26:15, 30:16
**sitting** [1] - 36:22
**situation** [1] - 20:21
**six** [1] - 4:14
**slipped** [1] - 16:6
**slow** [1] - 10:19
**small** [1] - 10:6
**Smith** [1] - 36:16
**sneakers** [1] - 34:12
**someone** [2] - 22:9, 46:13
**sometime** [4] - 14:5, 16:10, 18:19, 19:11
**somewhere** [1] - 39:16
**sorry** [1] - 11:8
**sort** [5] - 9:14, 22:20, 24:12, 32:3, 37:9
**south** [1] - 35:16
**South** [1] - 35:17
**specialist** [2] - 11:22, 12:15
**specific** [1] - 16:19
**spell** [1] - 13:16
**spelling** [1] - 13:2
**St** [5] - 42:19, 43:18, 43:19, 44:4, 44:7
**stab** [1] - 13:2
**standing** [1] - 26:12
**staples** [1] - 41:23
**start** [1] - 16:17
**started** [4] - 9:3, 14:6, 16:18, 25:21
**State** [3] - 34:9, 35:1, 40:13
**station** [6] - 35:14, 39:19, 39:20, 40:14, 40:15, 40:19
**station's** [1] - 35:10
**Stephanie** [2] - 4:18, 5:7
**still** [7] - 5:15, 22:13, 43:17, 45:22, 47:16, 47:19, 48:3
**STIPULATED** [5] - 2:4, 2:7, 2:10, 2:13, 2:16
**stolen** [2] - 45:12, 46:2
**straight** [1] - 40:20
**street** [10] - 10:14, 29:1, 29:23, 30:1, 30:7, 30:8, 30:10, 35:10, 35:17, 36:1
**Street** [2] - 35:2, 40:13
**strike** [1] - 31:12
**struck** [9] - 31:9, 31:20, 32:23, 34:2, 38:2, 38:6, 38:7, 38:8, 38:23
**stuck** [1] - 38:5
**studies** [2] - 7:8, 42:7
**study** [1] - 7:7
**stumble** [1] - 32:14
**subject** [1] - 6:13
**substance** [2] - 27:9, 27:23
**suffer** [1] - 12:14
**suggested** [2] - 24:4, 24:7

**suit** [2] - 3:10, 3:12
**sum** [2] - 27:9, 27:22
**suspicion** [1] - 23:23
**SUV** [1] - 36:5
**sweatshirt** [1] - 33:3
**switch** [1] - 7:10
**switching** [1] - 47:15
**sworn** [1] - 3:2

## T

**ten** [1] - 8:6
**tenor** [1] - 37:10
**terms** [1] - 45:21
**testified** [1] - 3:3
**testimony** [1] - 15:23
**text** [2] - 21:12, 47:3
**texted** [1] - 21:16
**THE** [1] - 13:6
**thereto** [1] - 2:20
**third** [1] - 35:18
**three** [6] - 9:13, 17:17, 17:19, 17:20, 43:3, 48:19
**ticket** [1] - 39:21
**tickets** [2] - 39:23, 40:7
**today** [6] - 3:8, 15:23, 17:22, 26:15, 30:16, 36:22
**together** [1] - 24:17
**tonight** [2] - 18:9, 28:3
**top** [1] - 39:1
**topic** [1] - 10:23
**towards** [4] - 28:4, 34:22, 35:15, 36:11
**trade** [1] - 7:8
**transcript** [2] - 2:8, 2:9
**treated** [3] - 12:8, 12:15, 47:16
**treatment** [8] - 11:22, 40:16, 41:21, 42:16, 43:9, 43:10, 44:6, 45:15
**treats** [1] - 15:8
**trial** [1] - 2:12
**Troy** [7] - 3:13, 16:18, 34:19, 34:20, 35:4, 35:16, 35:17
**true** [1] - 27:22
**try** [6] - 3:15, 6:12, 13:16, 24:10, 26:23, 29:2
**trying** [1] - 27:1
**twice** [2] - 38:3, 38:22
**two** [10] - 5:4, 8:23, 9:4, 12:3, 17:17, 19:12, 24:15, 25:23, 38:14, 43:3
**Tylenol** [1] - 43:16
**type** [6] - 12:4, 12:9, 12:11, 12:17, 12:19, 43:14

## U

under [4] - 14:1, 14:2, 14:3, 27:3
underneath [1] - 39:7
unfolded [2] - 16:15, 19:4
union [3] - 8:16, 8:17
unit [1] - 37:15
unreasonable [1] - 34:2
up [16] - 18:10, 20:22, 21:6, 25:23, 28:19, 29:2, 30:21, 32:2, 32:5, 34:13, 35:13, 35:15, 38:6, 40:18, 42:15, 42:18
upset [1] - 4:1
urgent [4] - 43:20, 44:1, 44:16, 44:18
Urgent [1] - 44:4
utilized [1] - 2:14

## V

vehicle [4] - 36:9, 36:11, 37:1, 37:15
visual [1] - 48:11
Vitally [6] - 13:15, 14:3, 14:7, 14:9, 14:13, 15:7
VITILY [1] - 13:17
voice [1] - 34:3

## W

waived [3] - 2:6, 2:9, 2:18
walk [2] - 22:21, 29:20
walked [3] - 25:16, 29:6, 29:23
walking [10] - 22:19, 22:20, 24:11, 28:23, 29:22, 30:8, 30:9, 32:1, 32:8
walks [1] - 32:2
warehouse [1] - 9:6
Watervliet [2] - 6:7, 8:4
wearing [2] - 33:1, 33:2
weeks [1] - 7:13
Wellbutrin [2] - 12:22, 12:23
whacked [5] - 28:20, 30:21, 30:22, 31:2, 32:4
wife [12] - 18:5, 19:18, 20:8, 20:21, 20:22, 22:2, 23:23, 27:2, 27:5, 29:4, 29:22, 33:16
wife's [2] - 19:18, 20:7
window [2] - 36:12, 37:3
wispherdol [1] - 13:5
Witness [1] - 31:16
witnesses [1] - 46:4

woman [10] - 5:7, 5:8, 5:9, 13:18, 13:19, 23:4, 23:6, 23:7, 23:8, 23:12
words [4] - 12:7, 18:8, 25:16, 27:8
wrap [1] - 43:11
writing [1] - 39:22
written [1] - 39:21

## X

X-ray [1] - 42:3
X-rayed [3] - 44:9, 44:14, 48:2
X-rays [1] - 42:1
Xavier [1] - 5:5

## Y

year [2] - 6:11, 9:18
years [6] - 7:12, 8:6, 8:23, 9:5, 9:13, 15:12
youthful [1] - 45:15