# New York State Incident Report

| 1. Agency | 2. Division/Precinct | | 3. ORI | 4. ☒ Orig ☐ Supp | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|
| Troy Police Bureau | Troy Cit | | NY 0410201 | | 131212 | 049429 |

| 7. Report Day | 8. Date | 9. Report Time | Occurred On/From | 10. Day | 11. Date | 12. Time | Occurred To | 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 12 23 2012 | 01:25 | | Sun | 12 23 2012 | 01:25 | | Sun | 12 23 2012 | 01:31 |

| 16. Incident Type | 17. Business Name | 18. Weapon(s) |
|---|---|---|
| ARR  Arrest | | |

| 19. Incident Address | 20. City, State, Zip (☒C ☐T ☐V) | 21. Location Code |
|---|---|---|
| Broadway At Franklin St | Troy  NY 12180 | |

| 22. Off. No | LAW | SECTION | SUB | CL | CAT | DEG | AT | NAME OF OFFENSE | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 205.30 | 00 | A | M | 0 | | RESIST ARREST-Intentionally Prev | 2 | 0 |
| 2 | PL | 240.26 | 01 | | V | 2 | | HARASSMENT 2ND-Physical Contact | 2 | 24. No. of Suspects: 2 |
| 3 | PL | 240.20 | 01 | | V | 0 | | DISORD CONDUCT-Fighting, Violent | 2 | |

25. Person Type: CO = Complainant  OT = Other  PI = Person Interviewed  PR = Person Reporting  WI = Witness  NI = Not Interviewed  VI = Victim   26. Victim also Complainant ☐Y ☐N

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO, STREET NAME, BLDG, NO, APT, NO, CITY, STATE, ZIP | Telephone No. |
|---|---|---|---|---|
| PR | PTLM K.J. JONES | - | Troy Police Dept. | |
| OT | PTLM R. Smith | - | Troy Police Dept. | |

| 27. Date of Birth | 28. Age | 29. Sex ☐M ☐F ☐U | 30. Race ☐White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | 31. Ethnic ☐Hispanic ☐Unk ☐Non-Hispanic | 32. Handicap ☐Yes ☐No | 33. Residence Status ☐Temp. Res - Foreign Nat. ☐Resident ☐Tourist ☐Student ☐Other ☐Commuter ☐Military ☐Homeless ☐Unk |
|---|---|---|---|---|---|---|
| | | | | | | |

| 34. Type/No | 35. Name (Last, First, Middle) | 36. Alias/Nickname/Maiden Name | 37. Apparent Condition ☐Impaired Drugs ☐Mental Dis ☒Impaired Alco ☐Inj/Ill ☐App Norm |
|---|---|---|---|
| A1 | FOGARTY, FRANCIS A | | |

| 38. Address | 39. Phone No. ☒Home ☐Work | 40. Social Security No. |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| 41. Date of Birth | 42. Age | 43. Sex ☒M ☐F ☐U | 44. Race ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | 45. Ethnic ☐Hispanic ☐Unk ☒Non-Hispanic | 46. Skin ☐Light ☐Dark ☒Unk ☐Medium ☒Other | 47. Occupation |
|---|---|---|---|---|---|---|
| [redacted] | 29 YRS | | | | | Construction |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses ☐Yes ☐Contacts ☒No | 53. Build ☐Small ☐Large ☐Medium | 54. Employer/School | 55. Address |
|---|---|---|---|---|---|---|---|
| 5' 9" | 140 | Bro | Bro | | | | [redacted] |

56. Scars/Marks/Tattos (Describe):
57. Misc.:

## 73. Narrative

On above date time and location RO observed the above parties A1 and A2 involved in a verbal argument. Ro attempted to investigate the domestic incident when A1 punched an uninvolved male party on the sidewalk. Ro attempted to place A1 into custody when A2 struck Ro trying to prevent Ro from arresting A1. A1 then fled on foot in the Franklin Street alley towards State Street. After a brief foot pursuit and the assistance of K9-5 A1 was placed into custody. A1 transported to CS by 101. A2 was placed into custody and transported to CS. A1 did sustain an injury consisting of a laceration on the top of his head however it's unclear when the injury occurred. A1 was treated by TFD and refused all medical attention. Photo's of A1's injury secured with the desk camera. A1 and A2 were both released on an appearance ticket to appear in TCC.

A1 and A2 are married. Ro completed a 3221 as well with same control #

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature |
|---|---|---|
| ☐DMV ☐Want/Warrant ☐Scofflaw ☐Crim. History ☐Stolen Property ☐Other | | |

| 77. Reporting Officer Signature (Include Rank) | 78. ID No | 79. Supervisor's Signature (Include Rank) | 80. ID No. |
|---|---|---|---|
| JONES, KYLE  PTLM #516 | 7840 | [signature] | 359 |

| 81. Status ☐Open ☒Closed  ☐Vict. Refused to Coop. ☒Arrest ☐CBI ☐Juv. - No Custody ☐Arrest -Juv. | ☐Unfounded ☐Pros. Declined ☐Warrant Advised ☐Offender Dead ☐Extrad. Declin ☒Unknown | 82. Status Date 12/23/12 | 83. Notified/TOT | 84. Page 1 of 2 Pages |

DCJS-3205-2 (3/93 3/98) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

# New York State INCIDENT REPORT

| 1. Agency | 2. Division/Precinct | 3. ORI | 4. ☒ Orig ☐ Supp | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| Troy Police Bureau | Troy Cit | NY 0410201 | | 131212 | 049428 |

| 7. Report Day | 8. Date | 9. Report Time | Occured On/From: | 10. Day | 11. Date | 12. Time | Occured To: | 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 12/23/2012 | 02:06 | | Sun | 12/23/2012 | 01:31 | | Sun | 12/23/2012 | 01:34 |

| 16. Incident Type | 17. Business Name | 18. Weapon(s) |
|---|---|---|
| ARR  Arrest | | |

| 19. Incident Address | 20. City, State, Zip (☒C ☐T ☐V) | 21. Location Code |
|---|---|---|
| Broadway At Franklin St | Troy  NY  12180 | 4202 |

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 240.26 | 01 | V | | 2 | | HARASSMENT 2ND-Physical Contact | 1 | 0 |
| 2 | PL | 205.30 | 00 | A | M | | 0 | RESIST ARREST-Intentionally Prev | 1 | 24. No. of Suspects |
| 3 | | | | | | | | | | 0 |

**25. Person Type:** CO = Complainant OT = Other PI = Person Interviewed PR = Person Reporting WI = Witness NI = Not Interviewed VI = Victim  **26. Victim also Complainant** ☐Y ☐N

| 34. Type/No | 35. Name (Last, First, Middle) | 36. Alias/Nickname/Maiden Name | 37. Apparent Condition |
|---|---|---|---|
| A2 | Fogarty, Sarah S | | ☐ Impaired Drugs ☐ Mental Dis ☒ Unk. ☐ Impaired Alco ☐ Inj/Ill ☐ App Norm |

| 38. Address | 39. Phone No. ☒Home ☐Work | 40. Social Security No. |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| 41. Date of Birth | 42. Age | 43. Sex | 44. Race | 45. Ethnic | 46. Skin | 47. Occupation |
|---|---|---|---|---|---|---|
| [redacted] | 25 YRS | ☐M ☐F ☒U | ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk. | ☐Hispanic ☐Unk. ☒Non-Hispanic | ☐Light ☐Dark ☒Unk. ☐Medium ☒Other | |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses | 53. Build | 54. Employer/School | 55. Address |
|---|---|---|---|---|---|---|---|
| 5'3" | 144 | RED | GRN | ☐Yes ☐Contacts ☒No | ☐Small ☐Large ☐Medium | | |

## Narrative

73. See PAGE #1

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature |
|---|---|---|
| ☐DMV ☐Want/Warrant ☐Scofflaw ☐Crim. History ☐Stolen Property ☐Other | | |

| 77. Reporting Officer Signature | 78. ID No | 79. Supervisor's Signature | 80. ID No. |
|---|---|---|---|
| Jones, K.J. / Bechard, Michael | 292/316 | | 340 |

| 81. Status | 82. Status Date | 83. Notified/TOT |
|---|---|---|
| ☐Open ☒Closed ☐Unfounded ☐Vict. Refused to Coop. ☒Arrest ☐Pros. Declined ☐Warrant Advised ☐CBI ☐Juv.-No Custody ☐Arrest-Juv. ☐Offender Dead ☐Extrad. Declin ☒Unknown | 12/23/12 | |

Page 2 of 2 Pages

DCJS-3205-2 (3/93 3/98)  *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

# New York State ARREST REPORT

| Field | Value |
|---|---|
| 1. NYSID No. | 9757094Q |
| 2. OBTS No. | — |
| 3. Case No. | 131212 |
| 4. Ref. No. | 131212 |
| 5. FBI No. | 640614PB0 |
| 6. Arrest No. | 127691 |
| 7. Agency | Troy Police Bureau |
| 8. Division / Precinct | Troy City/Zone 1 |
| 9. Name (Last, First, Middle) | FOGARTY Jr, FRANCIS A |
| 10. Alias / Nickname / Maiden Name | — |
| 11. Phone Number | [redacted] |
| 12. Street Number and Name | [redacted] |
| 13. City, State, Zip | [redacted] (T) |
| 14. Residence Status | Foreign Non-Resident / Unk |
| 15. Place of Birth | Troy, NY |
| 16. Date of Birth | [redacted] |
| 17. Age | 29 YRS |
| 18. Sex | M |
| 19. Race | White / Non-Hispanic |
| 21. Skin | Light |
| 22. Height | 5'9" |
| 23. Weight | 140 |
| 24. Hair | BRO |
| 25. Eyes | BRO |
| 26. Glasses | No |
| 27. Build | Med |
| 28. Marital Status | Married |
| 29. U.S. Citizen | Yes |
| 30. Citizen of | USA |
| 32. Education | 9 |
| 33. Religion | Catholic |
| 34. Occupation | Construction |
| 35. Employed | Yes |
| 37. Arresting Officer | JONES, KYLE |
| 38. ID No. | 7840 |
| 41. Arrest Date | 12/23/2012 |
| 42. Time | 01:31 |
| 43. Location of Arrest | State St At Franklin Alley, Troy, NY 12180 (T) |
| 45. Condition of Defendant at Arrest | Impaired Alco / App Norm |
| 48. Miranda | No |
| 53. Status | ROR |
| 55. ID Procedure | None |
| 56. Arraignment Court | TCC |
| 57. Arraignment Judge | Presiding |
| 58. Date | 12/23/12 |
| 59. Time | 8:30 AM |
| 60. Property | No |
| 61. Evidence | No |
| 62. Incident No. | 1-12-49429 |
| 63. Arrestee Status | App Tkt |
| 67. Arrest Type | CIP |
| 69. Arrest FOA | No |
| 71. F/P Taken | Yes |
| 72. Location of Offense | Broadway At Franklin St, Troy NY 12180 (T) |
| 73. Offense Date | 12/23/2012 |
| 74. No. Offenders | 1 |

## Charge Information

| LAW | Article & Section | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | NCIC code |
|---|---|---|---|---|---|---|---|---|---|
| PL | 205.30 | 00 | A | M | 0 | A | RESIST ARREST-Intentiona | 1 | 4801 |
| PL | 240.26 | 01 | | V | 2 | A | HARASSMENT 2ND-Physical | 1 | 7099 |
| PL | 240.20 | 01 | | V | 0 | A | DISORD CONDUCT-Fighting | 1 | 5311 |

## Narrative

85. On above date time and location above defendant arrested on the above charges following an investigation. Defendant placed in custody and transported to CS for processing. Defendant processed and released on an appearance ticket to appear in TCC 12/23/2012 at 8:30am.

FILE - NEG
DNA - NEG
COL - NEG

86. Arresting Officer's Signature: JONES, KYLE — PRm 2092 #3K
87. ID No.: 7840
89. ID No.: 7812
90. Arrest Made As A Result Of A SAFIS Latent Print Identification? Unknown

Page 1 of 1

DCJS 3203 (1/91 3/98)

# NEW YORK STATE DOMESTIC INCIDENT REPORT

**Agency:** Troy PD
**ORI:** 0410203
**Sprint # (NYC):** —
**Incident #:** 131212

**DATES**
- Occurred: Month 12 Day 23 Year 12 Time (24 hrs) 0125
- Address of Occurrence: Broadway and Franklin St Alley
- APT #: —
- Precinct (NYC): —  Aided # (NYC): —  Complaint #: —
- Reported: Month 12 Day 23 Year 12 Time 0125
- How can we safely contact you?: —
- ● Officer-Initiated  ○ Radio Run  ○ Walk-In

## VICTIM/PARTY 1 (P1)
- Name: Fogarty, Sarah S.
- Age: 25  Female
- Race: White, Non-Hispanic
- Injured? ● No ○ Yes
- Removed to Hospital? ● No ○ Yes

## SUSPECT/PARTY 2 (P2)
- Name: Fogarty, Francis A. Jr.
- Age: 29  Male
- Race: White, Non-Hispanic
- Injured? ● No ○ Yes
- Removed to Hospital? ● No ○ Yes
- Prior DV History? ○ Yes ● No
- Prior DV police report? ○ Yes ● No
- Victim fearful? ○ Yes ● No
- Access to weapons? ○ Yes ● No
- Drug/Alcohol history? ○ Yes ● No
- Suicide threat history? ○ Yes ● No

**SUSPECT/P2 present?** ● Yes ○ No

**LIVING SITUATION**
- Do parties currently live together? ● Yes ○ No
- Do the parties have a child-in-common? ● Yes ○ No

**RELATIONSHIP (Suspect/P2 to Victim/P1):** ● Married

## SUSPECT ACTIONS
- ● Verbal Abuse
- OTHER Suspect Actions: Argument

## ARREST
- Arrest Made? ○ Yes ● No
- Reasons arrest not made on-scene: ● No Offense Committed

- Registry Checked? ● Yes
- Order of Protection? ● No
- Stay Away Order? ● No
- Order Violated? ● No
- Any PRIOR orders? ● No

## INVESTIGATION
Results of investigation and basis of action taken:

P1 and P2 involved ~~into~~ in a verbal argument. RO attempted to investigate this incident when P2 got into a fight with an unknown male not involved in this incident.

- Any Guns in House? ● No
- Any Guns Seized? ● No
- Household Member Has Pistol Permit? ● No
- Permit Seized? ● No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment, or endangerment? ○ Yes ● No

**IS SUSPECT ON PAROLE OR PROBATION?**
**CONTACTS INITIATED BY POLICE:** Other Agency: Refused

**Officer's Signature:** Jones, ID 7840  Date: 12/23/12
**Supervisor's Signature:** Cin R. Sarello 355  Date: 12/23/12

1. Was DIR given to the victim at the scene? ○ Yes ● No
2. Was Victim Rights Notice given to victim? ○ Yes ● No
IF NO, give reason: No victim

Page 1 of —

| ORI | Sprint # (NYC) | Incident # | Precinct NYC/CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|
| 0410200 | | 131212 | | | |

## Page 2 of the NYS Domestic Incident Report:
### STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

**Suspect Name (Last, First, M.I.)** Fogarty, Francis A. JR.

I, Sarah S. Fogarty (victim/deponent name), state that on 12/23/12, (date) at Broadway at Franklin St Alley (location of incident), in the County/City/Town/Village of Troy, of the state of New York, the following did occur:

My husband cheated on me with my cousin I confronted him in the street and told anyone that I will sleep with them tonight to get back at my husband for what he did. A male on the sidewalk had told me that he would have sex with me and my husband walked over to him and punched him in the face.

*(Use additional pages as needed)*

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature: Refused    Date: 12/23/12

Interpreter    Date

Witness or Officer    Date

Note: Whether or not this form is signed, this DIR form will be filed with law enforcement.



## TROY POLICE DEPARTMENT
### CONTROL/RESTRAINT REPORT

EVIDENCE WORK COMPLETED:

PHOTOS ☐ OTHER ☐

*INCLUDE DETAILS IN NARRATIVE*

| DATE/TIME OF INCIDENT: | LOCATION OF INCIDENT: | SUBJECT NAME/ ADDRESS/ PHONE # |
|---|---|---|
| 12/23/2012 0131 hrs | Broadway at Franklin St Alley | Fogarty, Fracis A. Jr. / 17 Church Street Cohoes NY 12047 |

**METHOD USED** (CHECK ALL USED)
- PERSONAL ☒
- OCPPD ☐
- BATON ☒
- K-9 ☐
- FIREARM ☐
- PEPPERBALL ☐
- BEANBAG ☐
- TASER ☐
- OTHER ☐

*GIVE DETAILS OF METHOD(S) USED AND MEDICAL TREATMENT AND/OR DECONTAMINATION IN NARRATIVE*

REPORTING OFFICER: Ptlm K.J. JONES
ASSISTING OFFICERS: R.Smith    TPD 120 ☒
                                TPD 120 ☐
                                TPD 120 ☐

WITNESS NAME/ADDRESS/PHONE: _____
WITNESS NAME/ADDRESS/PHONE: _____
WITNESS NAME/ADDRESS/PHONE: _____

OFFICER(S) INJURED ☐
TREATED BY: _____
SUBJECT INJURED ☒
TREATED BY: TFD

*DESCRIBE DETAILS OF INJURIES AND TREATMENT IN NARRATIVE. IF SUBJECT SUSTAINED ANY INJURIES BEFORE CUSTODY CHECK HERE ☐ and REPORT THE DETAILS ON THE INCIDENT REPORT NOT IN THIS REPORT*

SUPERVISOR REVIEW: Sgt J. Carello 12/23/12 0600
COMMANDER REVIEW: [signature] 12/29/12 0130

*INJURED SUBJECT AND/OR OFFICER REQUIRES IMMEDIATE NOTIFICATION BY SUPERVISOR*

NARRATIVE ( SEE TPD 120 FOR ADDITIONAL ☒ )

In reference to the above defendant I observed the defendant punch an unknown male on the sidewalk of above location. I exited my patrol car and ordered the defendant to stop fighting. I told the defendant that he was under arrest and ordered him to place his hands behind his back. The defendant refused to comply with verbal commands, continuing to yell obscenities at the unknown male with a clenched fist trying to further instigate a fight. I attempted to grab the defendant with both hands and force the defendant to the ground. I ordered the defendant to put his hands behind his back and told him that he was under arrest. At this time the defendant pulled his arms and hands away from me in an aggressive manner. The defendant's back was towards me and the defendant struck me in the face with a rear elbow strike. A female who I now know to be Sarah S. Fogarty, the above defendant's wife, pushed me and punched me in the back and shoulder trying to prevent me from arresting her husband. I ordered the female (Sarah S. Fogarty) to get back and with one arm pushed her away from me trying to hold onto the defendant. While my attention was diverted the above defendant thrashed out of my grip and fled on foot south in the Franklin Street alley. I pursued the defendant on foot ordering the defendant to stop. I caught up with the defendant on the sidewalk of State Street in the area of 2nd Street.

| PTLM K.J. JONES 7840/216 | [signature] | | PAGE 1 OF 2 |
|---|---|---|---|
| REPORTING OFFICER SIGNATURE | ID# | DATE/TIME | IAB-18 |

## Troy Police Department:
### Supplemental Report

☐ CONTINUATION  ☐ FOLLOW-UP  ☐ SUPPLEMENTAL

CONTROL #: 131216

| TYPE OF ORIGINAL REPORT: | NAME OF SUBJECT: DEFENDANT | DATE OF ORIG RPT: | DATE OF RPT: |
|---|---|---|---|
| IAB-18 | Fogarty, Francis A. Jr | 12/23/2012 | 12/23/2012 |

I ordered the defendant to put his hands behind his back and to get on the ground. At this time the defendant was being forced to the ground by another officer. I noticed the defendant was holding an unknown black colored object in his hand. Once the defendant was on the ground his hands were under his body concealing the unknown black object. The defendant refused orders to put his hands behind his back. The defendant was moving around kicking his legs and appeared to be trying to get to his feet. Officer Smith was struggling with the defendant trying to pull his arms out from under him. I delivered two baton strikes to the defendant's upper arm and shoulder area for pain compliance while continuing to order him to place his hands behinds his back. Due to the fact the defendant was moving around and trying to prevent officers from placing his hands behind his back one of the baton strikes inadvertently came into contact with the defendants head. After the defendant was struck with the baton both hands and arms became free from under him and I was able to place the defendant in handcuffs. Once the defendant was placed in handcuffs all force was ceased. The defendant was treated by TFD at CS for a laceration to his head. TFD applied a bandaged to the defendants head. The defendant refused any further medical attention. It was determined the unknown black object the defendant was holding was a black colored cell phone.

CASE STATUS: ☐ UNFOUNDED  ☐ OPEN/ACTIVE  ☐ CLOSED/NOT CLEARED

CLEARED AS FOLLOWS:
☒ ARREST  ☐ WARRANT OBTAINED  ☐ COMP. REFUSED PROSEC.
☐ DEATH OF OFFENDER  ☐ OUTSIDE PROSECUTION  ☐ JUVENILE

| REPORTING OFF / EMP. #: | SECOND OFF. EMP. #: | APPROVING OFF / EMP. #: | PAGE: |
|---|---|---|---|
| JONES / 7840 | | S. Cauto 339 | 2 of 2 |

TROY POLICE DEPARTMENT

TPD 120

**Troy Police Department:**
Supplemental Report

☐ CONTINUATION  ☐ FOLLOW-UP  ☒ SUPPLEMENTAL

CONTROL #: 131212

| TYPE OF ORIGINAL REPORT: | NAME OF SUBJECT: DEFENDANT | DATE OF ORIG RPT: | DATE OF RPT: |
|---|---|---|---|
| CRR | Francis A. Fogarty Jr | 12/23/12 | 12/23/12 |

On today's date at about 01:25 Hours R/O was working a Bodnar detail, roving patrol. R/O heard Officer Jones call out with a fight at Bootleggers and then a foot pursuit. R/O turned onto State St and observed the above subject run from the alley onto State St. and turn west toward 2nd St. Subject was on south sidewalk and R/O pulled up next to subject with window down. R/O gave subject verbal commands to stop or K9 would be released. Subject stopped running and had a black object against the right side of his face in his hand. R/O gave commands to subject to lay on ground and drop the object in his hand. The subject refused all commands. R/O then grabbed subject by the back of his neck with R/O right hand and forced him the the ground in prone position. R/O gave subject verbal commands to drop object and place hands behind his back. Subject refused all commands still. R/O grabbed onto subjects left arm and attempted to pull arm from under Subject. R/O pulled several times until arm came free and R/O placed hand behind subjects back. R/O held arm until handcuffed by Officer Jones. No further force required.

CASE STATUS: ☐ UNFOUNDED  ☐ OPEN/ACTIVE  ☒ CLOSED/NOT CLEARED

CLEARED AS FOLLOWS:
☒ ARREST  ☐ WARRANT OBTAINED  ☐ COMP. REFUSED PROSEC.
☐ DEATH OF OFFENDER  ☐ OUTSIDE PROSECUTION  ☐ JUVENILE

| REPORTING OFF / EMP. #: | SECOND OFF. EMP. #: | APPROVING OFF. EMP. #: | PAGE: |
|---|---|---|---|
| R. Smith 7167 | | 355 | 1 of 1 |

TROY POLICE DEPARTMENT                                        T P D 120